NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TODD J. SCHOENROGGE,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3143

---

Petition for review of the Merit Systems Protection Board in case no. DA1221100611-W-1.

---

## ON MOTION

---

## ORDER

Todd J. Schoenrogge moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

JUN 0 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Todd J. Schoenrogge
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK